```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
                         07-CR-247(JMR/RLE)
```

United States of America            )
                                    )
        v.                          )        ORDER
                                    )
Bernard Vann (01),                  )
Angelo M. Castleman (07), and       )
Antwon Bernard Williams (27)        )

Defendant Bernard Vann objects to the Report and Recommendation, issued October 25, 2007 [Docket No. 736], by the Honorable Raymond L. Erickson, United States Magistrate Judge. The Magistrate recommended denial of defendant Vann's motions to suppress any identifications, and to suppress evidence obtained as a result of any illegal searches. The Magistrate further recommended denial of suppression motions filed by defendants Castleman and Williams, as moot. Defendant Vann's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1.   Defendant Bernard Vann's motion to suppress any identifications [Docket No. 618] is denied.

2.   Defendant Vann's motion to suppress any evidence obtained as a result of any illegal searches [No. 621] is denied.

3.   Defendant Angelo M. Castleman's motion to suppress evidence obtained as a result of any illegal searches or seizures

[Docket No. 647] is denied, as moot.

4. Defendant Castleman's motion to suppress evidence secured in violation of the Fifth Amendment [Docket No. 648] is denied, as moot.

5. Defendant Antwon Bernard Williams's motion to suppress statements, admissions and answers [Docket No. 428] is denied, as moot.

Dated:  December 6th, 2007

                            s/ James M. Rosenbaum  
                            JAMES M. ROSENBAUM  
                            United States Chief District Judge